IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:08-CR-038 |
| | ) | |
| SATURNINO ALCARAZ-MORFIN | ) | |

**O R D E R**

The government's motion to dismiss as to defendant Saturnino Alcaraz-Morfin only [doc. 611] is **GRANTED** for the reasons provided therein.

ENTER:

      s/ Leon Jordan
United States District Judge